**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELBER STEVEN JARAMILLO RODRIGUEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-04249-MWC-ACCV<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Judgment be entered GRANTING the Petition in part, as to Claim One and denying Claims Two, Three, and Four as moot in light of the relief granted as to Claim One; (2) a writ of habeas corpus is issued requiring Respondents release Petitioner Elber Steven Jaramillo Rodriguez (A# 245-308-144) immediately; (3) Respondents must return all property to Petitioner that was confiscated from him when he was arrested and processed into detention;

(4) Respondents must file a status report within three court days of any order adopting this Report and Recommendation confirming their compliance with the Court's order; and (5) any future enforcement actions after Petitioner's release must comply with Due Process requirements, including that Respondents shall not re-detain Petitioner without providing him with notice and pre-detention hearing before a neutral decisionmaker.

DATED: August 27, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge